1  SETH E. PIERCE (SBN 186576)
    sep@msk.com
2  STEPHEN A. ROSSI (SBN 282205)
    sar@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2040 Century Park East, 18th Floor
4  Los Angeles, CA 90067
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100
   Attorneys for Defendant
6  HORIZON SCRIPTED TELEVISION, INC.

7

8  Alan Harris (SBN 146079)
    harrisa@harrisandruble.com
9  David Garrett (SBN 160274)
    dgarrett@harrisandruble.com
10 Min Ji Gal (SBN 311963)
    mgal@harrisandruble.com
11 HARRIS & RUBLE
   655 North Central Avenue 17th Floor
12 Glendale California 91203
   Tel: 323.962.3777
13 Fax: 323.962.3004
   Attorneys for Plaintiff PAUL SCHWANKE

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| 17 | PAUL SCHWANKE, individually and on behalf of all others similarly situated, | CASE NO. 2:21-cv-00964 JAK-RAO |
|---|---|---|
| 18 | | Judge: John A. Kronstadt |
| 19 | Plaintiff, | **NOTICE OF SETTLEMENT AND JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 7-1) PENDING DISMISSAL** |
| 20 | v. | |
| 21 | HORIZON SCRIPTED TELEVISION, INC., a Delaware Corporation; and DOE 1 through and including DOE 10, | |
| 22 | | |
| 23 | Defendants. | (Removed from LASC Case No. 20STCV38217) |
| 24 | | Removal Date: February 2, 2021 |
| 25 | | First Amended Complaint Filed/Served: March 11, 2021 |
| 26 | | |
| 27 | | Current Response Date: April 26, 2021 |
| | | New Response Date: July 12, 2021 |
| 28 | | |

Mitchell
Silberberg &
Knupp LLP

**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 7-1)**

1    Pursuant to Local Rule 7-1, Plaintiff Paul Schwanke ("Schwanke") and
2 Defendant Horizon Television Scripted, Inc. ("Horizon") (collectively, the
3 "Parties") through their undersigned counsel hereby stipulate and agree, that upon
4 approval of this Court, Defendant Horizon shall have an extension of time within
5 which to Answer, or otherwise respond to, Schwanke's First Amended Complaint
6 [Dkt. No. 14] as follows:
7    WHEREAS, the Court approved the Parties' last stipulation to extend the
8 deadline to Answer, or otherwise respond to, the First Amended Complaint on
9 March 19, 2021 [Dkt. No. 16], Horizon's response to the FAC is currently due
10 April 26, 2021.
11    WHEREAS, since the Court's March 19, 2021 approval of the Parties' last
12 stipulation, the Parties have continued to discuss various alternatives to resolve
13 their dispute over the allegations contained in the FAC.
14    WHEREAS, the Parties have agreed in principal to settle this case and are
15 currently finalizing the terms of their settlement agreement, and anticipate that
16 Schwanke will dismiss the case voluntarily within the next 60 days.
17    WHEREAS, the Parties agree, for good cause, that the time for Defendant
18 Horizon to Answer, or otherwise respond to, Schwanke's FAC, should be
19 extended by another seventy-five (75) days – from April 26, 2021 until July 12,
20 2021 – to give the Parties the opportunity to finalize their settlement agreement
21 and comply with all obligations required therein, and to allow Plaintiff enough
22 time to dismiss the claims.
23
24    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED
25 that:
26    1) The time for Horizon to answer, move against, or otherwise respond to
27 Schwanke's First Amended Complaint shall be on or before July 12, 2021; and
28

2) This extension shall be without prejudice to Schwanke's right to seek to further amend the complaint on or before July 12, 2021 pursuant to the applicable Federal Rules of Civil Procedure, the Local Rules of this District and this Court's Standing Order for Civil Cases.

IT IS SO STIPULATED.

DATED:  April 20, 2021        HARRIS & RUBLE
                ALAN HARRIS
                DAVID GARRETT
                MIN JI GAL


                By:   /s/ Alan Harris
                   Alan Harris
                   Attorneys for Plaintiff
                   PAUL SCHWANKE


DATED:  April 20, 2021        MITCHELL SILBERBERG & KNUPP LLP
                SETH E. PIERCE
                STEPHEN A. ROSSI


                By:   /s/ Stephen A. Rossi
                   Stephen A. Rossi
                   Attorneys for Defendant
                   HORIZON SCRIPTED TELEVISION, INC.

**Attestation Regarding Signatures**

Pursuant to Local Rule 5-4.3.4(2), I, Stephen A. Rossi, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Stephen A. Rossi