Alan Harris (SBN 146079)
  harrisa@harrisandruble.com
David Garrett (SBN 160274)
  dgarrett@harrisandruble.com
Min Ji Gal (SBN 311963)
  mgal@harrisandruble.com
HARRIS & RUBLE
655 North Central Avenue 17th Floor
Glendale California 91203

Attorneys for Plaintiff Schwanke

Seth E. Pierce (SBN 186576)
  sep@msk.com
Stephen A. Rossi (SBN 282205)
  sar@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2040 Century Park East, 18th Floor
Los Angeles, CA  90067

Attorneys for Defendant
Horizon Scripted Television, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHWANKE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>HORIZON SCRIPTED TELEVISION, INC., a Delaware Corporation; REGINALD GORDON HARPUT, an individual,; MATTHEW MATZI, an individual; and DOE 1 through and including DOE 10,<br><br>   Defendants. | Case No: 2:21-cv-00964-SB-RAO<br>Judge: Stanley Blumenfeld Jr.<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>**[FRCP 41 (a)(1)(A)(ii)]**<br><br>(Removed from LASC Case No. 20STCV38217) |

## STIPULATION TO DISMISS

Plaintiff Paul Schwanke ("Plaintiff") and Defendant Horizon Scripted Television, Inc. ("Defendant") acting through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be DISMISSED, with Plaintiff's individual claims DISMISSED WITH PREJUDICE, and the class allegations and PAGA claim dismissed without prejudice by operation of law, each side to bear its own costs and attorneys' fees.

Dated: September 20, 2021				MITCHELL SILBERBERG & KNUPP, LLP

					By:	*/s/ Stephen A. Rossi*
						Stephen A. Rossi
						Attorneys for Defendant
						Horizon Scripted Television, Inc.

Dated: September 20, 2021				HARRIS & RUBLE

					By:	*/s/ Alan Harris*
						Alan Harris
						Attorneys for Plaintiff
						Paul Schwanke