FILED
CLERK, U.S. DISTRICT COURT

September 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHWANKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON SCRIPTED TELEVISION, INC., a Delaware Corporation; REGINALD GORDON HARPUT, an individual,; MATTHEW MATZI, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No: 2:21-cv-00964-SB-RAO<br>Judge: Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**<br><br>(Removed from LASC Case No. 20STCV38217) |

The Court, having considered the Stipulation to Dismiss, entered into by Plaintiff Paul Schwanke ("Plaintiff") and Defendant Horizon Scripted Television, Inc. ("Defendant"), through their respective counsel of record, and the Court having approved the Stipulation for good cause shown,

IT IS HEREBY ORDERED THAT:

This action is DISMISSED, with Plaintiff's individual claims DISMISSED WITH PREJUDICE, and the class allegations and PAGA claim dismissed without prejudice by operation of law, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 20, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge